**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOSHUA WHETHERS,**

              **Plaintiff,**                    :

                                                **Case No. 2:25-cv-1522**
       **v.**                                   **Chief Judge Sarah D. Morrison**
                                                **Magistrate Judge Chelsey M.**
                                                **Vascura**

**OFFICER McCOY, *et al.*,**                    :

              **Defendants.**

## ORDER

This matter is before the Court on the Magistrate Judge's February 11, 2026 Report and Recommendation. (ECF No. 8.) After performing an initial screen of the Complaint under 28 U.S.C. §§ 1915(e)(2) and 1915A, the Magistrate Judge (i) allowed Plaintiff Joshua Whethers to proceed on his individual-capacity claims for damages against Defendants McCoy and Reynoso for excessive force in violation of the Eighth Amendment and (ii) recommended that the Court dismiss Mr. Whethers's remaining claims for failure to state a claim. (*Id.*) Mr. Whethers timely filed an Objection to the Report and Recommendation. (ECF No. 15.) But Mr. Whethers's objection was only two pages and did not contain his signature at the bottom of his memorandum in support. (*See id.*) Accordingly, the Court ordered him to refile any objections to the Report and Recommendation by May 26, 2026. (ECF No. 18.) Mr. Whethers did not refile his objection(s). So, the Court will now consider his April 1, 2026 Objection. (ECF No. 15.)

If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

In his Objection, Mr. Whethers merely recites the legal standard the Court applies when an objection is filed to a magistrate judge's report and recommendation. (ECF No. 15, PAGEID # 83.) He provides no further explanation as to which portions of the Report and Recommendation he is objecting to or why. Thus, the objection does nothing to undermine the Magistrate Judge's reasoning or conclusion.

After a careful review of the Complaint, the Report and Recommendation, and Mr. Whethers's Objection, Mr. Whethers's Objection (ECF No. 15) is **OVERRULED**. The Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation (ECF No. 8). Apart from his individual-capacity claims for damages against Defendants McCoy and Reynoso for excessive force in violation of the Eighth Amendment, Mr. Whethers's claims are **DISMISSED**.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2